Scott J. Sagaria (SBN 217981)
sjsagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
Telephone: 408.279.2288
Facsimile: 408.279.2299
Attorneys for Plaintiff
SHILA FISHER

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JUAN BARRAGAN,<br><br>  Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>  Defendants. | CASE NO. 3:12-cv-04148-MEJ<br><br>NOTICE OF SETTLEMENT |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD AND THE COURT:**

**PLEASE TAKE NOTICE THAT** plaintiff Juan Barragan and defendant Bank of America, N.A. (collectively, the "Parties"), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

The Parties respectfully request that all pending dates be vacated.

Respectfully submitted,

NOTICE OF SETTLEMENT - 1

| | | |
|---|---|---|
| 1 | Dated: August 23, 2012 | **SAGARIA LAW, P.C.** |
| 2 | | |
| 3 | | By: /S/ Elliot Gale |
| 4 | | Scott Sagaria |
| 5 | | Elliot Gale |
| | | Attorneys for Plaintiff |
| | | JUAN BARRAGAN |

**GRANTED**
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

All pending deadlines have been terminated. The parties are directed to file a dismissal of the entire case once settlement documents have been executed by the parties.

Dated: 9/13/2012

NOTICE OF SETTLEMENT - 2