1  Scott J. Sagaria (SBN 217981)
   sjsagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
3  egale@sagarialaw.com
   **SAGARIA LAW, P.C.**
4  333 West San Carlos Street, Suite 1750
   San Jose, CA 95110
5  Telephone:  408.279.2288
6  Facsimile:  408.279.2299
   Attorneys for Plaintiff
7  SHILA FISHER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JUAN BARRAGAN, | CASE NO.  3:12-cv-04148-MEJ |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | NOTICE OF SETTLEMENT |
| Defendants. | |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD AND THE COURT:**

**PLEASE TAKE NOTICE THAT** plaintiff Juan Barragan and defendant Bank of America, N.A. (collectively, the "Parties"), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

The Parties respectfully request that all pending dates be vacated.

Respectfully submitted,

NOTICE OF SETTLEMENT - 1

Dated: August 23, 2012                    **SAGARIA LAW, P.C.**

By: /S/ Elliot Gale
    Scott Sagaria
    Elliot Gale
    Attorneys for Plaintiff
    JUAN BARRAGAN

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Maria-Elena James]

All pending deadlines have been terminated. The parties are directed to file a dismissal of the entire case once settlement documents have been executed by the parties.

Dated: 9/13/2012