SCOTT J. SAGARIA (CA 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (CA 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff Juan Barragan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN BARRAGAN,<br><br>              Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA; NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>              Defendants. | Case No. 3:12-CV-04148-MEJ<br><br>**REQUEST FOR AN EXTENSION OF TIME TO FILE A REQUEST FOR DISMISSAL**<br><br>*[Filed Concurrently with Proposed Order]* |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

The parties are still in the process of complying with the terms of the settlement agreement in this matter and respectfully request that this Court afford the parties until November 19, 2012 to file a request for dismissal.

1  Respectfully submitted,

2                                          SAGARIA LAW, P.C.

3  DATED: October 29, 2012                 By: /s/ Elliot Gale
                                               Scott J. Sagaria
4                                              Elliot Gale

5                                          Attorneys for Plaintiff

###### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: October 30, 2012



Judge Maria-Elena James

REQUEST FOR AN EXTENSION OF TIME CASE NO. 3:12-CV-04148-MEJ - 2