SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Euna Kim (CA 222141)
ekim@reedsmith.com
Raffi Kassabian (CA 260358)
rskassabian@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000; Facsimile: 213.457.8080

Attorneys for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BARRAGAN,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 3:12-cv-04148-MEJ<br><br>STIPULATED REQUEST FOR DISMISSAL |

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

  Pursuant to the terms of the confidential settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  November 16, 2012     /s/ Elliot Gale

            Scott Sagaria, Esq.
            Elliot Gale, Esq.
            Sagaria Law, P.C.

            Attorneys for Plaintiff Juan Barragan

Dated: November 16, 2012     /s/ R. Euna Kim

            Euna Kim, Esq.
            Raffi Kassabian, Esq.
            Reed Smith, LLP.

            Attorneys for Defendant Bank of America, N.A.

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Defendant Bank of America, N.A. is **DISMISSED** from this action **WITH PREJUDICE**. IT IS SO ORDERED.

DATED: November 19, 2012

_____
Judge Maria-Elena James
UNITED STATES DISTRICT JUDGE